**Somboon Timme PHAYMANY, Petitioner—Appellant,**

v.

**Don TAYLOR, Warden, Respondent— Appellee.**

No. 03–55386.

United States Court of Appeals, Ninth Circuit.

Submitted June 22, 2004.*

Decided June 25, 2004.

Somboon Timme Phaymany, Blythe, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Benjamin P. Lechman, Esq., San Diego, CA, for Petitioner–Appellant.

Teresa Torreblanca, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before KOZINSKI, SILVERMAN, Circuit Judges, and WEINER, Senior Judge.**

## MEMORANDUM ***

The certificate of appealability (COA) is broadened to include the following issue: Whether, in light of *Kelly v. Small,* 315 F.3d 1063, 1066–67 (9th Cir.2003), and *Baldwin v. Reese,* —— U.S. ——, ——, 124 S.Ct. 1347, 1351–52, 158 L.Ed.2d 64 (2004), appellant exhausted his state remedies as to his claim that his conviction on a vicarious liability theory violated his right to due process.

Because the parties agree that the claim was exhausted under *Kelly, see* Appellant's Opening Brief at 29–32; Appellee's Brief at 36–37, and petitioner labeled his claims as federal sufficiently for purposes of *Baldwin,* the case is remanded to the district court for litigation on the merits of that claim.

After such litigation, the other issues already included in this COA will continue

** The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

to be appealable without the need for a new COA.

REMANDED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

